UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22531-CIV-MGC

ISMAEL BAUTISTA, *and all others* )
*similarly situated under 29 U.S.C. 216(b)*, )
)
        Plaintiffs, )
  vs. )
)
DOUGLAS E. SANCHEZ and LAGO )
INTERNATIONAL, INC. )
)
        Defendants. )
_____ )

**ELECTION TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

    In accordance with the provisions of Title 28 USC section 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs           Yes_____    No_X___
2. Motions for Attorney's Fees  Yes_____    No_X___
3. Motions for Sanctions        Yes_____    No__X__
4. Motions to Dismiss           Yes_____    No_X___
5. Motions for Summary Judgment Yes_____    No_X___
6. Trial                        Yes_____    No_X___
7. Post-trial matters           Yes ____    No _X__
8. Other_____

Dated this 25th day of August, 2015.

| | |
|---|---|
| s/ Rivkah Jaff, Esq. | s/ Juliana Gonzalez, Esq. |
| Party/Attorney Printed Name | Party/Attorney Printed Name |
| Attorneys for Plaintiff | Attorneys for Defendants |
| | |
| | s/ Lawrence Joseph McGuinness, Esq. |
| | Party/Attorney Printed Name |
| | Attorneys for Defendants |