UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22531-Civ-COOKE/TORRES

ISMAEL BAUTISTA, and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

DOUGLAS E. SANCHEZ and LAGO
INTERNATIONAL, INC.,

    Defendants.
_____/

**ORDER**

    THIS CASE is before me on Plaintiff's Unopposed Motion for Enlargement of (90) Days of All Deadlines Set Forth in [DE 12] (ECF No. 24). Given Plaintiff's ill health and inability to participate in the prosecution of his case, it is **ORDERED and ADJUDGED** that Plaintiff's Unopposed Motion for Enlargement of (90) Days of All Deadlines Set Forth in [DE 12] (ECF No. 24) is **GRANTED *in part*** and **DENIED *in part***. While parties have requested a ninety (90) day enlargement of time of all pretrial deadlines, a stay of this action is more appropriate given Plaintiff's ill health. Therefore, this action is **STAYED** while Plaintiff continues to receive treatment in Honduras. Parties shall promptly notify the Court when this case is ready to proceed. In the interim, the Clerk shall ***ADMINISTRATIVELY* CLOSE** this case. Should the need arise, any party may move to re-open the case.

    **DONE and ORDERED** in chambers at Miami, Florida, this 10th day of September 2015.

                                                               */s/ Marcia G. Cooke*
                                                              MARCIA G. COOKE
                                                               United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*